Thomas M. Hefferon (*pro hac vice*)
thefferon@goodwinprocter.com
Jeffrey D. Skinner (SBN 239214)
jskinner@goodwinprocter.com
GOODWIN|PROCTER LLP
901 New York Avenue NW
Washington, DC  20001
Telephone:    (202) 346-4000
Facsimile:    (202) 346-4444

*Attorneys for Defendant Allied Interstate LLC (f/k/a Allied Interstate, Inc.)*

POTTER HANDY, LLP
Mark Potter, Esq. (SBN 166417)
Russell Handy, Esq. (SBN 195058)
9845 Erma Road, Suite 300
San Diego, CA  92131
Phone: (858) 375-7385
Fax: (888) 422-5191
mark@potterhandy.com

*Attorneys for Plaintiff David Silva*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| David Silva, | Case No. 11 CV 2877 JLS (WVG) |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| Allied Interstate, Inc. and Does 1-100, | Hon. Janis L. Sammartino |
| Defendant. | Hon. William V. Gallo |

1 **JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

2 **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned action may be dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party, and with all parties waiving their rights of appeal.  Therefore, pursuant to this Court's Minute Order dated October 5, 2012 (Dkt. No. 26), the parties do hereby jointly and respectfully request that the Court dismiss this matter with prejudice.

**SO AGREED:**

| s/ Mark Potter | s/ Jeffrey D. Skinner |
|---|---|
| POTTER HANDY, LLP<br>Mark Potter (SBN 166417)<br>Russell Handy (SBN 195058) | GOODWIN PROCTER LLP<br>Thomas M. Hefferon (*pro hac vice*)<br>Jeffrey D. Skinner (SBN 239214) |
| Attorneys for Plaintiff<br>DAVID SILVA | Attorneys for Defendant<br>ALLIED INTERSTATE LLC (f/k/a Allied Interstate, Inc.) |
| DATED:  November 1, 2012 | DATED:  November 1, 2012 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2012.

**s/ Jeffrey D. Skinner**

JOINT MOTION FOR DISMISSAL WITH PREJUDICE
Case No. 3:11-CV-02877 JLS (WVG)