# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SILVA,<br><br>                                  Plaintiff,<br>vs.<br><br>ALLIED INTERSTATE, INC. and DOES 1 THROUGH 100,<br><br>                                Defendants. | CASE NO. 11CV2877 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 29) |

    The parties have jointly moved this Court to dismiss this action, including all claims brought, or which could have been brought, with prejudice to reinstatement, pursuant to a Settlement Agreement executed by the parties on October 10, 2012. (ECF No. 29).

    Having considered the motion and good cause appearing, it is **HEREBY ORDERED** that all claims brought, or which could have been brought, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees, expenses, and costs.

    **IT IS SO ORDERED.**

**DATED: November 2, 2012**

*Janis L. Sammartino*
**Honorable Janis L. Sammartino**
**United States District Judge**